UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYRACUSE MOUNTAINS CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Civil Action No.: _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1 Plaintiff Syracuse Mountains Corporation here discloses:

  1. Syracuse Mountains Corporation does not have a parent corporation.

  2. No publicly held corporation owns 10% or more of the stock of Syracuse Mountains Corporation.

Dated: March 29, 2021         Respectfully submitted,

                         */s/*_____
                         Nicolas Swerdloff
                         Hughes Hubbard & Reed LLP
                         One Battery Park Plaza
                         New York, NY 10004
                         Tel: 212-837-6000
                         Fax: 212-422-4726
                         Email: nicolas.swerdloff@hugheshubbard.com

                         Michael A. DeBernardis (admission *pro hac vice* pending)
                         Hughes Hubbard & Reed LLP
                         1775 I Street, N.W.
                         Washington, D.C. 20006-2401
                         Tel: 202-721-4600
                         Fax: 202-729-4600

Email: michael.debernardis@hugheshubbard.com

*Counsel for Plaintiff Syracuse Mountains Corp.*