

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Nicolas Swerdloff
Partner
Direct Dial: +1 (305) 379-5571
nicolas.swerdloff@hugheshubbard.com

June 14, 2021

VIA ECF and Email

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re:    *Syracuse Mountains Corp. v. Bolivarian Republic of Venezuela*, Case No. 1:21-cv-02678-AT

Dear Judge Torres:

      On behalf of our client, plaintiff Syracuse Mountains Corporation in the above referenced case, we respectfully submit this status letter regarding service of process pursuant to your Honor's April 14, 2021 Memo Endorsement, Dkt. 14.

      To the best of our knowledge, service is in process but has not yet been completed. We prepared the necessary materials for service upon defendant Bolivarian Republic of Venezuela, and we submitted those materials to the Clerk of Court in accordance with Section 1608(a)(4) of the Foreign Sovereign Immunities Act. The Clerk successfully transmitted those documents to the Department of State on May 21, 2021, as attested to in the Clerk's Certificate of Mailing, Dkt. 19. We have received delivery confirmation from the carrier that the materials for service were delivered to the Department of State on May 24, 2021 (attached). However, we have not yet received any update on service from the Department of State, and our attempts to contact the

June 14, 2021
Page 2

relevant office (the Office of Policy Review and Inter-Agency Liaison) have thus far been unsuccessful.

    We will promptly notify the Court when service of process is complete.

Respectfully,

/s/ *Nicolas Swerdloff*
Nicolas Swerdloff