

**Hughes Hubbard & Reed**

Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Office: +1 (202) 721-4600
Fax: +1 (202) 721-4646
hugheshubbard.com

Michael DeBernardis
Partner
Direct Dial: +1 (202) 721-4678
michael.debernardis@hugheshubbard.com

January 27, 2022

VIA ECF and Email

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

> Re:  *Syracuse Mountains Corp. v. Bolivarian Republic of Venezuela*,
>      Case No. 1:21-cv-02678-AT

Dear Judge Torres:

On behalf of our client, plaintiff Syracuse Mountains Corporation in the above referenced case, we respectfully submit this status letter regarding service of process pursuant to your Honor's December 28, 2021 Memo Endorsement, Dkt. 29.

By way of background, we submitted to the Clerk of the Court the necessary documents for service upon defendant Bolivarian Republic of Venezuela in accordance with Section 1608(a)(4) of the Foreign Sovereign Immunities Act, which the Clerk then transmitted to the Department of State on May 21, 2021, as noted in our June 14, 2021 status letter to the Court, Dkt. 20, and the Clerk's Certificate of Mailing, Dkt. 19.

As explained in our August 13, 2021 Letter to the Court, Dkt. 22, we received the following update from the Department of State via email on August 10, 2021: "[T]he Department received the request, and it is being processed for service through diplomatic

January 27, 2022
Page 2

channels, but at the moment it has not yet been transmitted. Once that occurs, a certified copy of the diplomatic note will be returned to the clerk." Dkt. 22-1.

We have been in regular contact with the Department of State since that time. On December 22, 2021, the Department of State informed us that they were working "to finalize logistics for delivery" of the completed service documents. Dkt. 28-1. We have continued to follow up with the Department of State, and have attached a copy of our most recent correspondence to this filing.

We will promptly notify the Court when service of process is complete.

Respectfully,


/s/ *Michael DeBernardis*
Michael DeBernardis

Attachment