

Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Office:+1 (202) 721-4600
Fax: +1 (202) 721-4646
hugheshubbard.com

Michael DeBernardis
Partner
Direct Dial: +1 (202) 721-4678
michael.debernardis@hugheshubbard.com

February 28, 2022

VIA ECF and Email

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re:    *Syracuse Mountains Corp. v. Bolivarian Republic of Venezuela*,
               Case No. 1:21-cv-02678-AT

Dear Judge Torres:

      On behalf of our client, plaintiff Syracuse Mountains Corporation in the above referenced case, we respectfully submit this status letter regarding service of process pursuant to your Honor's January 28, 2022 Memo Endorsement, Dkt. 31.

      By way of background, we submitted to the Clerk of the Court the necessary documents for service upon defendant Bolivarian Republic of Venezuela in accordance with Section 1608(a)(4) of the Foreign Sovereign Immunities Act, which the Clerk then transmitted to the Department of State on May 21, 2021, as noted in our June 14, 2021 status letter to the Court, Dkt. 20, and the Clerk's Certificate of Mailing, Dkt. 19.

102396574_4

February 28, 2022
Page 2

    We have been in regular contact with the Department of State since that time. On February 10, 2022, the Department of State informed us in the attached email thread that the documents for service were transmitted to the Bolivarian Republic of Venezuela on February 9, 2022. The Department of State further explained:

> We are waiting to get the certified copy of the diplomatic note of transmittal, which may take a few more days, but once that is finalized, our office will be returning it with a confirmation letter to the court.

The Department of State, in a different message in the same attached email thread, agreed to provide counsel for Syracuse with a copy of the confirmation letter being sent to the Court, and a copy of the diplomatic note of transmittal. We have continued to follow up with the Department of State, however we have not yet received these documents. Attached to this filing is a copy of our most recent correspondence.

    Our understanding is that service of process is complete, and the Court should expect a confirmation letter from the Department of State shortly. We will promptly notify the Court when we receive further confirmation of service from the Department of State.

                                      Respectfully,

                                      /s/ *Michael DeBernardis*
                                    Michael DeBernardis

Attachment