

United States Department of State

Washington, D.C. 20520

March 8, 2022

Ruby J. Krajick
Clerk of the Court
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

    **Re: *Syracuse Mountains Corps v. The Bolivarian Republic of Venezuela*, 1:21-cv-2678**

Dear Ms. Krajik:

    I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Bolivarian Republic of Venezuela pursuant to 28 U.S.C. Sections 1608(a)(4) as a defendant in the above referenced lawsuit.

    Because the United States Embassy operations in Venezuela are currently suspended, the documents were delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC under cover of U.S. Department of State diplomatic note. The diplomatic note was dated January 26, 2022 and delivered on February 9, 2022. A certified copy of the diplomatic note is enclosed.

                          Sincerely,

                            Jared Hess
                          Attorney Adviser
                          Office of Legal Affairs

Cc: Nicolas Swerdloff
Hughes Hubbard & Reed, LLC
One Battery Park Plaza
New York, NY 10004



United States Department of State

Washington, D.C. 20520

## CERTIFICATION OF DIPLOMATIC NOTE

I, Shane I. Myers, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated January 26, 2022, and delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC on February 9, 2022.

Shane I. Myers, Managing Director
Directorate of Overseas Citizens Services

February 14, 2022



United States Department of State

Washington, D.C. 20520

The Department of State refers the Embassy of the Bolivarian Republic of Venezuela to the lawsuit *Syracuse Mountains Corps v. The Bolivarian Republic of Venezuela*, 1:21-cv-2678, which is pending in the U.S. District Court for the Southern District of New York.  The Bolivarian Republic of Venezuela is a defendant in this case.  The Department transmits a Summons and Complaint herewith.  The U.S. District Court for the Southern District of New York has requested service of these documents.  This note constitutes transmittal of these documents to the Bolivarian Republic of Venezuela as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days from the date of transmittal of the Complaint, in this case, the date of this note.  In failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf.  Therefore, the Department requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Bolivarian Republic of Venezuela with a view towards taking whatever steps are necessary to avoid a default judgment.



-2-   United States Department of State

Washington, D.C. 20520

In addition to the Summons and Complaint, the Department is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign states and certain other court documents that the plaintiff has requested be transmitted.

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the Department to be available to discuss the requirements of U.S. law with counsel. The U.S. government is not a party to this case and cannot represent other parties in this matter.

Enclosures:

As stated,

Department of State,

Washington, January 26, 2022.