**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Syracuse Mountains Corp.

Plaintiff(s),

21 ___ Civ. 02678 ___ (AT__)

- against -

**CLERK'S CERTIFICATE**
**OF DEFAULT**

Bolivarian Republic of Venezuela

Defendant(s),

-------------------------------------------------------------X

**I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

March 29, 2021
_____ **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Bolivarian Republic of Venezuela
_____

Embassy of the Bolivarian Republic of Venezuela in Washington, DC under cover
**by personally serving** of U.S. Department of State diplomatic note _____,

*and proof of service was therefore filed on* March 11, 2022 *, Doc. #(s)* 34 _____.

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

_____April 12_, **2022**

**RUBY J. KRAJICK**
**Clerk of Court**

By: _____
**Deputy Clerk**

SDNY Web 3/2015