UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYRACUSE MOUNTAINS
CORPORATION,

                Plaintiff,

      v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

                Defendant.

Civil Action No.: 21-cv-02678

---

**[PROPOSED] DEFAULT JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED that Default Judgment is entered in favor of Syracuse Mountains Corporation ("Syracuse") and against the Bolivarian Republic of Venezuela ("Venezuela"), as follows:

For Venezuela's breaches of the 13.625% 2018 Bonds (ISIN US922646AT10), Syracuse is entitled to recover from Venezuela:

    a. $123,027,000.00 for unpaid principal;

    b. $75,430,929.38 for accrued and unpaid contractual interest on principal through May 3, 2022;

    c. $16,443,763.79 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

    d. If this Default Judgment is entered after May 3, 2022, an additional $21,990.56 for each calendar day following May 3, 2022 until the date on which this Default

1

Judgment is entered on the docket of the Court;

e. Attorneys' fees and costs in an amount to be determined; and

f. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 13.625% 2018 RegS Bonds (ISIN USP9395PAA95), Syracuse is entitled to recover from Venezuela:

a. $1,500,000.00 for unpaid principal;

b. $919,687.50 for accrued and unpaid contractual interest on principal through May 3, 2022;

c. $200,489.69 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

d. If this Default Judgment is entered after May 3, 2022, an additional $268.12 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

e. Attorneys' fees and costs in an amount to be determined; and

f. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 7.00% 2018 Bonds (ISIN USP97475AD26), Syracuse is entitled to recover from Venezuela:

a. $2,500,000.00 for unpaid principal;

b. $787,500.00 for accrued and unpaid contractual interest on principal through May 3, 2022;

c. $101,315.60 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through

      May 3, 2022;

    d. If this Default Judgment is entered after May 3, 2022, an additional $233.68 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

    e. Attorneys' fees and costs in an amount to be determined; and

    f. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 12.75% 2022 Bonds (ISIN USP17625AC16), Syracuse is entitled to recover from Venezuela:

    a. $37,020,000.00 for unpaid principal;

    b. $31,860,337.50 for accrued and unpaid contractual interest on principal through May 3, 2022;

    c. $6,871,233.70 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

    d. If this Default Judgment is entered after May 3, 2022, an additional $9,270.55 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

    e. Attorneys' fees and costs in an amount to be determined; and

    f. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 9.00% 2023 Bonds (ISIN USP17625AA59), Syracuse is entitled to recover from Venezuela:

    a. $607,500.00 for accrued and unpaid contractual interest on principal through May 3, 2022;

    b. $149,997.23 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

    c. If this Default Judgment is entered after May 3, 2022, an additional $181.31 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

    d. Attorneys' fees and costs in an amount to be determined; and

    e. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 8.25% 2024 Bonds (ISIN USP97475AP55), Syracuse is entitled to recover from Venezuela:

    a. $2,475,000.00 for accrued and unpaid contractual interest on principal through May 3, 2022;

    b. $567,180.74 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

    c. If this Default Judgment is entered after May 3, 2022, an additional $728.16 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

    d. Attorneys' fees and costs in an amount to be determined; and

    e. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 11.75% 2026 Bonds (ISIN USP17625AE71), Syracuse is entitled to recover from Venezuela:

    a. $23,059,375.00 for accrued and unpaid contractual interest on principal through

   May 3, 2022;

   b. $5,230,149.05 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

   c. If this Default Judgment is entered after May 3, 2022, an additional $6,771.21 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

   d. Attorneys' fees and costs in an amount to be determined; and

   e. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 9.25% 2027 Bonds (ISIN US922646AS37), Syracuse is entitled to recover from Venezuela:

   a. $15,609,375.00 for accrued and unpaid contractual interest on principal through May 3, 2022;

   b. $3,266,760.34 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

   c. If this Default Judgment is entered after May 3, 2022, an additional $4,518.08 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

   d. Attorneys' fees and costs in an amount to be determined; and

   e. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 9.25% 2028 Bonds (ISIN USP17625AB33), Syracuse is entitled to recover from Venezuela:

a. $7,405,087.50 for accrued and unpaid contractual interest on principal through May 3, 2022;

b. $1,828,382.92 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

c. If this Default Judgment is entered after May 3, 2022, an additional $2,210.07 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

d. Attorneys' fees and costs in an amount to be determined; and

e. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 11.95% 2031 Bonds (ISIN USP17625AD98), Syracuse is entitled to recover from Venezuela:

a. $14,115,937.50 for accrued and unpaid contractual interest on principal through May 3, 2022;

b. $3,118,447.67 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

c. If this Default Judgment is entered after May 3, 2022, an additional $4,125.12 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

d. Attorneys' fees and costs in an amount to be determined; and

e. Postjudgment interest as set forth in 28 U.S.C. § 1961.

For Venezuela's breaches of the 9.375% 2034 Bonds (ISIN US922646BL74), Syracuse is

entitled to recover from Venezuela:

    a. $16,500,000.00 for unpaid principal;

    b. $6,960,937.50 for accrued and unpaid contractual interest on principal through May 3, 2022;

    c. $1,582,663.88 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through May 3, 2022;

    d. If this Default Judgment is entered after May 3, 2022, an additional $2,044.94 for each calendar day following May 3, 2022 until the date on which this Default Judgment is entered on the docket of the Court;

    e. Attorneys' fees and costs in an amount to be determined; and

    f. Postjudgment interest as set forth in 28 U.S.C. § 1961.


Dated _____, 2022

_____
Honorable Analisa Torres
United States District Judge