Hughes Hubbard

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Fara Tabatabai
Partner
Direct Dial: +1 (212) 837-6296
Direct Fax: +1 (212) 422-4726
fara.tabatabai@hugheshubbard.com

October 22, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Syracuse Mountains Corp. v. Bolivarian Republic of Venezuela*, Case No. 1:21-cv-02678-AT

Dear Judge Torres:

We represent Plaintiff Syracuse Mountains Corporation ("Syracuse"). We write to inform the Court that Syracuse does not intend to oppose the October 12, 2026 Motion to Vacate Default Judgment submitted by Defendant the Bolivarian Republic of Venezuela (ECF No. 55).

Further, we request that the Court remove both Nicolas Swerdloff and Michael DeBernardis as counsel of record in this matter. Mr. Swerdloff has retired from practice, and Mr. DeBernardis is no longer with the firm Hughes Hubbard & Reed LLP.

Respectfully submitted,

Fara Tabatabai